Commonwealth *v.* Fish, Appellant.

Submitted November 25, 1975.
*John R. Cook*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Robert L. Campbell* and *Robert L. Eberhardt*, Assistant District Attorneys, *Chris G. Copetas*, Deputy Assistant District Attorney, *Michael J. Reilly*, Administrative Assistant District Attorney, and *Robert E. Colville*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Foster, Appellant.

Submitted September 12, 1975. *Irving L. Madnick*, for appellant; *Pamela Esposito, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.